

# NUMBER 13-18-00372-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE BROOKFIELD INFRASTRUCTURE GROUP, LLC

## On Petition for Writ of Mandamus.

## ORDER

### Before Justices Rodriguez, Benavides, and Longoria
### Order Per Curiam

Relator Brookfield Infrastructure Group, LLC and real party in interest Matagorda County Appraisal District have filed a "Joint Agreed Motion to Abate Mandamus Proceeding Pending Finalization of Settlement Documentation." According to this motion, the parties to this original proceeding have settled and compromised their differences, and they request that we remove this case from the Court's active docket and abate this matter for a period of thirty days to allow their settlement to be finalized.

The Court, having examined and fully considered the joint agreed motion to abate, is of the opinion that the motion should be granted. Accordingly, we grant the joint agreed

motion to abate this case.  We direct the parties to advise the Court of the status of the settlement proceedings prior to the conclusion of the thirty-day abatement period.  This matter will be reinstated upon further order of the Court.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
17th day of July, 2018.